PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 83245

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-60279-CR-DIMITROULEAS

### SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

Name of Offender: William Hahne

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: May 29, 2015

| | |
|---|---|
| Original Offense: | Count One: Conspiracy to knowingly and intentionally possess with intent to distribute a controlled substance, 21 U.S.C. § 846, a Class C felony |
| | Count Two: Possession with intent to distribute a controlled substance, 21 U.S.C. §841(a)(1), a Class C felony |
| Original Sentence: | Fifteen (15) months custody of the Bureau of Prisons, as to each of Counts One and Two, to run concurrently with each other; Three (3) years as to each of Counts One and Two, to run concurrently with each other, and $200.00 special assessment. Special Conditions include, the defendant shall: 1) provide complete access to financial information; 2) participate in an approved inpatient/outpatient mental health treatment program; 3) submit to a search of his/her person or property; 4) obtain prior written approval from the Court before entering into any self-employment; and 5) shall participate in an approved treatment program for drug and/or alcohol abuse |

Type of Supervision: Supervised Release   Date Supervision Commenced: December 2, 2015

Assistant U.S. Attorney:  
Jodi Anton  
U.S. Attorney's Office  
500 E. Broward Boulevard  
Suite 700  
Fort Lauderdale, FL 33394  
954-660-5692

Defense Attorney:  
Glenn B. Kritzer  
(CJA Appointment)  
2333 Brickell Avenue  
Suite A1  
Miami, FL 33129  
305-381-9100

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 83245

## PETITIONING THE COURT

☒   Superseding Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about November 4, 2016 in Broward County, Florida, the defendant committed the offense of Fraud, Use/Possession of ID of Another Person without Consent, contrary to Florida Statute 817.568(2). |
| 2. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about November 4, 2016, in Broward County, Florida, the defendant committed the offense of Possession Similitude of Driver License, contrary to Florida Statute F322.212-1(b). |
| 3. | **Violation of Standard Condition**, by associating with a person engaged in criminal activity. On or about November 4, 2016, the defendant was arrested with Randy Naugle, White/Male, Date of Birth 1980-09-06, a subject identified by Fort Lauderdale Police Department as a defendant in a case of Fraud, Attempting to Use ID of Another Person without Consent, Arrest Report No. 16-04273. |
| 4. | **Violation of Standard Condition**, by associating with a person who is a convicted felon without permission of the U.S. Probation Officer. On or about November 4, 2016, the defendant knowingly associated with Randy Naugle, White/Male, Date of Birth 1980-09-06, FBI No. 59976ED2, convicted in Broward County, Florida, on 07/29/2011, Docket Number 11-010401-CF10A of Possession of Cocaine, Possession of Drug Paraphernalia, and sentenced to State Probation for a period of 18 months; and convicted on September 7, 2012, Docket No, 12-001085-CF10A of Resisting Officer with Violence, and sentenced to 2 years State Probation, and later modified and extended 12 months. |

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 83245

5. **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about November 4, 2016 in Broward County, Florida, the defendant committed the offense of Fraud, Use/Possession of ID of Another Person without Consent, contrary to Florida Statute 817.568-(2).

6. **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about October 29, 2016 in Broward County, Florida, the defendant committed the offense of Grand Theft ($300-$5000), contrary to Florida Statute 812.014(2)(c).

United States Probation Officer Recommendation:

The term of supervision should be
☒ revoked.
☐ extended for _____ years, for a total term of _____ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2016

Newsetti C. McInnis
Dec 14 2016 2:20 PM

Newsetti McInnis
Senior United States Probation Officer
Office: 954-769-5545
Cellular: 786-269-9674


Medardo Monterrey
Dec 14 2016 2:00 PM

THE COURT ORDERS:

☒ Superseding Petition Accepted
☐ Superseding Petition Not Accepted
☐ Other: _____

_____
Signature of Judicial Officer

_____
Date December 16, 2016