UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO. 14-60279-CR-DIMITROULEAS

WILLIAM HAHNE,

    Defendant.
_____/

## ORDER COMMITTING DEFENDANT FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION

THIS CAUSE having come before the Court on the Defendant's Ore Tenus Motion for Competency Examination pursuant to Title 18, U.S.C. §§ 4241 and 4242 respectively or for further evaluation, requesting an order to conduct a psychiatric or psychological examination to determine the Defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(a), and for a determination of the Defendant's sanity at the time of the offense charged pursuant to Rule 12.2(c) and 18 U.S.C. § 4242(a), and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant's motion be and the same is hereby Granted, as follows:

1. Pursuant to 18 U.S.C. § 4247(b), the Defendant is committed to the custody of the Federal Detention Center, Miami, Florida, and be evaluated and treated at the Federal Detention Center. The Court recommends the Bureau of Prisons evaluation and treatment of an inmate with long term mental health issues. The period of commitment is for such period of time as needed to fulfill the requirements of this order, but no longer than 45 days, unless extended by the court. The statutory commitment periods provided in 18 U.S.C. § 4247(b) shall not commence until the day the Defendant arrives at the facility for evaluation. Until that time, the Defendant is in custody in route to that facility. Please do not send the Defendant to Seattle.

1

2. The examination shall determine whether at this time there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The examination shall also determine whether the defendant was insane at the time of the offense charged.  This examination shall be conducted as soon as practicable upon arrival at the Federal Detention Center.

3. The appropriate authorities of the facility shall render as soon as practicable a written report with respect to the matters set forth above.  This report shall be filed with this Court, with copies to the attorneys for the Defendant and for the Government.  The report shall incude:

    a. The Defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings; and

    d. The examiner's opinions as to diagnosis, prognosis, and whether the Defendant was insane at the time of the offense charged and whether he suffers from a mental disease or defect to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.

4. The United States Marshal is directed to immediately report the designation made by the Bureau of Prisons and to transport the Defendant to the designated facility at the earliest possible time and in the most expeditious manner for this evaluation.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4 day of August, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

Warden, Miami FDC